159 A.3d 889

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. EARL SMITH, DEFENDANT–PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000704–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 889

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RONALD B. GREENE (A/K/A RONALD B.
GREEN), DEFENDANT–PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004674–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.